**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ardmor, Inc., | Case No. 25-cv-4658 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Ardmor Construction LLC, | |
| Defendant. | |

---

The parties filed a stipulation, Dkt. No. 9, to give Defendant an extension of time to Answer or otherwise respond to the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before February 6, 2026.

Dated: January 7, 2026

  s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge